**Order entered August 6, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00913-CV

## IN RE RIDGECREST HOLDINGS, LLC AND 400 SOUTH WALTON WALKER BOULEVARD, DALLAS, TEXAS, Relators

**Original Proceeding from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-12419**

## ORDER
Before Justices Myers, Molberg, and Nowell

Before the Court are relators' August 2, 2019 (1) petition for writ of mandamus, (2) motion for temporary relief incident to petition for writ of mandamus, and (3) motion to consolidate petition for mandamus with related appeal. In their petition for writ of mandamus, relators seek relief from the trial court's June 28, 2019 judgment of contempt. Relators have also filed an interlocutory appeal of the trial court's December 21, 2018 temporary injunction. That interlocutory appeal is pending in this Court in cause number 05-19-00004-CV. According to relators, the issues presented in their petition for writ of mandamus are in part identical to the issues raised in the pending interlocutory appeal. We agree.

Accordingly, we **GRANT** relator's motion to consolidate, and **ORDER** cause number 05-19-00913-CV **CONSOLIDATED** into cause number 05-19-00004-CV. We **DIRECT** the Clerk of this Court to remove all documents from cause number 05-19-00913-CV and refile

them in cause number 05-19-00004-CV and to treat cause number 05-19-00913-CV as a closed case. We **ORDER** that all future pleadings be filed in and bear only cause number 05-19-00004-CV. All current deadlines in cause number 05-19-00004-CV shall remain in place, including the September 11, 2019 oral argument date. The parties should be prepared to address the interlocutory appeal and this original proceeding at oral argument.

We request that the real parties in interest in 05-19-00913-CV file a response, if any, to relators' petition for writ mandamus **by August 26, 2019.** In accordance with this consolidation order, that response should be filed in cause number 05-19-00004-CV.

We also **GRANT** relators' motion for temporary relief and **STAY** enforcement of the June 28, 2019 judgment of contempt. This stay shall remain in place until further order of this Court.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Aiesha Redmond, Presiding Judge, 160th Judicial District Court, and to all parties.

/s/  ERIN A. NOWELL
    JUSTICE